**FILED**

AUG 2 9 2017

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

L. RUTHER,                                                )
                                                         )
         Plaintiff,                              )
                                                         )
v.                                                       )    Civil Action No. 17-1553 (UNA)
                                                         )
BARRY GASH, *et al.*,                                    )
                                                         )
         Defendants.                             )

### MEMORANDUM OPINION

This matter comes before the Court upon review of plaintiff's application for leave to proceed *in forma pauperis* and *pro se* complaint. It appears that plaintiff has filed, and the Court has dismissed, a substantially similar complaint against these same defendants. *See Ruther v. Gash*, No. 17-cv-1405 (D.D.C. Aug. 14, 2017). The Court will dismiss this civil action without prejudice as duplicative.

An Order is issued separately.

_____
United States District Judge

DATE: 8/22/17